JAMES A. MOSHER, Respondent, *v.* MATTHEW P. CAMPBELL, Appellant.

(Argued April 20, 1886; decided June 1, 1886.)

*Amasa J. Parker* for appellant.

*Jacob B. Decker* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.

---

THE GERMAN-AMERICAN BANK, Respondent, *v.* GEORGEANNA J. GUENTHER, Appellant.

(Argued April 20, 1886; decided June 1, 1886.)

*J. S. Romer* for appellant.

*Adelbert Moot* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.